UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEMOND BRANCH,

    Plaintiff,

v.

GREG RENNARD, et al.,

    Defendants.
_____/

Case No. 2:20-cv-225

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Julie Hesselink filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 3, 2021, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 18) is DENIED.

Dated: December 15, 2021

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge