UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| DEMOND BRANCH, #229690,<br>　　　　　Plaintiff,<br><br>-v-<br><br>GREG RENARD and JULIE HESSELINK,<br>　　　　　Defendants. | No. 2:20-cv-225<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has granted Defendants' motion for summary judgment and has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　February 28, 2023　　　　　　　　　　　　/s/  Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge